IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE JAMES TERRELL,

    Plaintiff,

    v.

DENNIS BROWN,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2082-TWT

## ORDER

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for lack of exhaustion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed without prejudice. No Certificate of Appealability will be granted.

    SO ORDERED, this 26 day of July, 2011.

                                  /s/Thomas W. Thrash
                                  THOMAS W. THRASH, JR.
                                  United States District Judge

T:\ORDERS\11\Terrell\11cv2082\r&r.wpd